No. 344. CAMPBELL ET AL. v. VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. *S. W. Tucker* and *Henry L. Marsh III* for petitioners.

No. 346. FAIR SHARE ORGANIZATION, INC. v. MITNICK, DOING BUSINESS AS CENTRAL FOURTH STREET DRUGS. Supreme Court of Indiana. Certiorari denied. *Hilbert L. Bradley* and *Charles P. Howard, Jr.*, for petitioner. *Carl M. Franceschini* for respondent.

No. 349. CHRISTENSON, DOING BUSINESS AS CHRISTENSON ELECTRIC Co. v. DIVERSIFIED BUILDERS INC. ET AL. C. A. 10th Cir. Certiorari denied. *George W. Latimer* and *Keith E. Taylor* for petitioner. *Allan E. Mecham* for respondents.

No. 351. GRACE LINE INC. v. NATIONAL MARINE ENGINEERS' BENEFICIAL ASSOCIATION. Court of Appeals of New York. Certiorari denied. *Alfred Giardino* and *E. Barrett Prettyman, Jr.*, for petitioner. *Lee Pressman* and *David Scribner* for respondent.

No. 357. TESTA v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Jacob Kossman* for petitioner. *Solicitor General Cox* for the United States.

No. 361. ROBINSON, TRADING AS PALMETTO BROADCASTING Co. (WDKD) v. FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied. *James A. McKenna, Jr.*, and *Vernon L. Wilkinson* for petitioner. *Solicitor General Cox* and *Henry Geller* for respondent.